**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice* to be filed)
Glenn T. Graham (State Bar No. 338995)
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
(973) 503-5900
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Counsel for Defendant Sunrun Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE CANTU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC,, a Delaware corporation d/b/a WWW.SUNRUN.COM,<br><br>Defendant. | Case No. 3:23-cv-00974-JO-AHG<br><br>(Assigned to Judge Jinsook Ohta)<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Date:      September 6, 2023<br>Time:     9:00 AM<br>Room:   Courtroom 4C |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, Defendant Sunrun Inc. ("Sunrun"), by and through counsel, hereby certifies the following:

Sunrun has no parent corporation, no public corporation owns 10% or more of Sunrun's stock, and no persons, associations of persons, firms, partnerships, corporations, or other entities other than the parties are known to have either (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding, except as listed below:

  1.   BlackRock, Inc.

| | | |
|---|---|---|
| 1 | DATED: July 31, 2023 | /s/ *Glenn T. Graham* |
| 2 | | Lauri A. Mazzuchetti (*pro hac vice* to be filed) |
| 3 | | lmazzuchetti@kelleydrye.com |
| 4 | | Glenn T. Graham (State Bar No. 338995) |
| | | ggraham@kelleydrye.com |
| 5 | | KELLEY DRYE & WARREN LLP |
| 6 | | One Jefferson Road, 2nd Floor |
| | | Parsippany, NJ 07054 |
| 7 | | (973) 503-5900 |